■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LAWRENCE LLOYD, Appellant. [663 NYS2d 990] —Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Kuffner, J.), rendered July 7, 1995, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention regarding the legal sufficiency of the evidence adduced at trial is unpreserved for appellate review *(see,* CPL 470.05 [2]; *People v Bynum,* 70 NY2d 858; *People v Pinder,* 199 AD2d 544; *People v Coico,* 176 AD2d 339). In any event, viewing the evidence in the light most favorable to the prosecution *(see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence *(see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. O'Brien, J. P., Joy, Goldstein and Luciano, JJ., concur.